# EXHIBIT 5

"a"

*(handwritten:)* 16437

# JELZÁLOGJOGOT ALAPÍTÓ SZERZŐDÉS
## MORTGAGE CONTRACT

mely létrejött egyrészről **DRUKKER JURI** (született: Drukker Juri, 1944. október 22. napján Oroszországban, anyja neve: Nadezdha Kohn, útlevélszáma: 422018623, adóazonosító jele: 8621814316, lakcíme: 17555 Collins Avenue, Apt 607, Sunny Isles, Florida, Amerikai Egyesült Államok), mint Jelzálogjogosult, és úgy is, mint Hitelező (a továbbiakban: Jelzálogjogosult);

concluded by and between DRUKKER JURI (born as: Drukker Juri, on the 22th of October, 1944, Russia, mother's name: Nadezdha Kohn, passport number: 422018623, tax number: 8621814316, address: 17555 Collins Avenue, Apt 607, Sunny Isles, Florida, United States of America) on one part as contracting party, as Mortgagee or Creditor (hereinafter: Mortgagee);

másrészről a **BDVH INGATLANHASZNOSÍTÓ KORLÁTOLT FELELŐSSÉGŰ TÁRSASÁG** (rövidített név: BDVH Kft., székhely: 1143 Budapest, Stefánia út 77., Magyarország, cégjegyzékszám: 01-09-681183, adószám: 11837633-2-42, statisztikai számjel: 11837633-6820-113-01, képviseletében eljár: Nedbál Oszkár ügyvezető), mint Jelzálogkötelezett, és úgy is, mint Adós (a továbbiakban: Jelzálogkötelezett) között a mai napon az alábbi feltételek szerint:

and BDVH INGATLANHASZNOSÍTÓ KORLÁTOLT FELELŐSSÉGŰ TÁRSASÁG (short name: BDVH Kft., registered office: 1143 Budapest, 77. Stefánia road, Hungary, company registration number: 01-09-681183, tax number: 11837633-2-42, statistic number: 11837633-6820-113-01, represented by: Oszkár Nedbál managing director) on the other part as contracting parties, as Mortgagor or Debtor (hereinafter: Mortgagor) on this day with the following conditions:

## I. ÁLTALÁNOS RENDELKEZÉSEK
### I. GENERAL PROVISIONS

1. A Szerződő Felek rögzítik, hogy a Jelzálogkötelezett, mint adós tartozáselismerő nyilatkozattal a Jogosult, mint hitelező felé 5.634.607 USD, azaz Ötmillió-hatszázharmincnégyezer-hatszázhét USD és járulékai összegű tartozását elismerte.

1. The Contracting parties declare that Debtor by the acknowledgement of debt has been acknowledged the outstanding 5.634.607,- USD and its incidental interests amount to Creditor.

2. Szerződő felek rögzítik, hogy Adós tartozása jelen jelzálogjogot alapító szerződés aláírásának napján 5.634.607 USD, azaz Ötmillió-hatszázharmincnégyezer-hatszázhét USD (Amerikai Dollár).

2. Contracting parties declare that Debtor has 5.634.607,- USD, that is Fivemillion-sixhundredthirtyfourthousand-sixhundredseven american dollars debt on the day of signing of this present mortgage contract.

*(signature)*

**DRUKKER JURI**
Jelzálogjogosult/Mortgagee

*(signature)*

**BDVH KFT.**
Jelzálogkötelezett/Mortgagor
képviseletében eljár/represented by:
Nedbál Oszkár
ügyvezető/managing director

Ellenjegyzem/Countersigned by:   *(signature)*
**dr. Nagy Dániel**
ügyvéd/attorney at law
Budapest, 2016. december 11./Budapest, 11th of December, 2016

*(stamp:)* DR. NAGY DÁNIEL ÜGYVÉDI IRODA
1132 Budapest, Váci út 28. félemelet 2
Tel./Fax: +36 1 379 0530
E-mail: ugyved@nagydaniel.eu

1

## II.  A JELZÁLOGJOG ALAPÍTÁSÁRA VONATKOZÓ RENDELKEZÉSEK
### II. THE MORTGAGE DIRECTIONS

. Szerződő felek jelen jelzálogjogot alapító szerződéssel megállapodnak abban, hogy a jelen szerződés I. fejezet 1. és 2. pontjában hivatkozott Tartozáselismerő nyilatkozat és fennálló tartozás alapján annak biztosítására, jelen okirattal a Jelzálogjogosult javára a Jelzálogkötelezett kizárólagos tulajdonát képező

- **Budapest XIV. kerület belterület 32626 hrsz.** alatt felvett, természetben a 1143 Budapest, Stefánia út 77. szám alatti, 2856 m2 alapterületű, „kivett irodaház, lakás és gazdasági épület, udvar" megnevezésű ingatlanra;
- **Budapest, XIV. kerület belterület 32620 hrsz.** alatt felvett, természetben a 1143 Budapest, Ilka u. 28. szám alatti, 2063 m2 alapterületű, „kivett iroda, raktár és autószalon, műhely" megnevezésű ingatlanra

**5.634.607 USD, azaz Ötmillió-hatszázharmincnégyezer-hatszázhét USD és járulékai erejéig jelzálogjogot alapítanak a jelen szerződésben rögzített feltételekkel.**

1.  The Contracting parties agree by signing this Contract that the Mortgagor by the loan contract mentioned above in point 1. and 2. Chapter I. of this Contract to cover the loan and principal debt, with this document the Contracting parties raise a mortgage 5.634.607,- USD, that is Fivemillion-sixhundredthirtyfourthousand-sixhundredseven american dollars amount and its incidental expenses on the real estates

    -     under topographical lot number 32626, registered under Budapest district XIV. 77. Stefánia road, having a gross floor area of 2856 sqm, namely „uncultivated office building, flat and garden building, garden";
    -     under topographical lot number 32620 registered under 1143 Budapest. 28. Ilka street, having a gross floor area of 2063sqm, namely „uncultivated office, store-house and car store, workshop"

    exclusive owned by the Mortgagor for the Mortgagee with the conditions declared in this present Contract.

2.  **A Jelzálogkötelezett a jelzálogjog alapítására tekintettel jelen szerződés aláírásával feltétlen és visszavonhatatlan hozzájárulását és engedélyét adja ahhoz, hogy a Jelzálogjogosult javára a jelen szerződéssel alapított jelzálogjog a Budapest XIV. kerület belterület 32626 hrsz. alatt, valamint a Budapest XIV. kerület belterület 32620 hrsz. alatt felvett ingatlanokra vonatkozóan határozatlan időre az ingatlan-nyilvántartásba bejegyzésre kerüljön.**

2.  The Mortgagor in regard to this Mortgage contract gives absolute and irrevocable consent by signing this contract to enroll the mortgage raised by this contract on the real estate registered under 32626 lot number, located in 1143 Budapest, District XIV. Stefánia road and on the real estate registered under 32620 lot number located in 1143 Budapest, District XIV. 28. Ilka street for the Mortgagee for indefinite period of time into the land register.

**DRUKKER JURI**
Jelzálogjogosult/Mortgagee

**BDVH KFT.**
Jelzálogkötelezett/Mortgagor
**képviseletében eljár**/represented by:
**Nedbál Oszkár**
ügyvezető/managing director

Ellenjegyzem/Countersigned by:
**dr. Nagy Dániel**
ügyvéd/attorney at law
**Budapest, 2016. december 11.**/Budapest, 11th of December, 2016

DR. NAGY DÁNIEL
ÜGYVÉDI IRODA
1132 Budapest, Váci út 28. félemelet 2.
Tel./Fax: +36 1 373 0536
E-mail: ügyvéd@drnagydaniel.eu

## III. SZAVATOSSÁG
### III. CLAUSE OF WARRANTY

Jelzálogkötelezett kijelenti, hogy szavatol a jelen szerződéssel érintett ingatlan per-, teher- és igénymentességéért és azért, hogy az ingatlanon nincs harmadik személynek olyan joga, amely a Hitelező jelzálogjogára alapított esetleges igényének kielégítését bármilyen mértékben zavarná, korlátozná vagy akadályozná, illetve az ingatlannal kapcsolatban semmilyen ilyen tény vagy körülmény nem áll fenn.

1. The Mortgagor profess to guarantee and warrant the real estate mentioned in this Contract is unencumbered and there is no case under consideration and without a holder of a claim and also guarantee and warrant that there is no third person's right on the real estate that would disturb, restrict or obstruct the satisfaction of the Mortgagee's contingent claim based on the Mortgagee's mortgage, there is no fact or condition like this in reference to the real estate.

## IV. EGYÉB RENDELKEZÉSEK
### IV. OTHER DIRECTIONS

1. A Szerződő felek jelen megállapodással kölcsönösen kérik a Budapest Főváros Kormányhivatala XIV. Kerületi Hivatal Ingatlan-nyilvántartási Osztályát, hogy a Budapest XIV. kerület belterület 32626 hrsz. alatt, valamint a Budapest XIV. kerület belterület 32620 hrsz. alatt felvett ingatlanra a Jelzálogjogosult javára 5.634.607 USD, azaz Ötmillió-hatszázharmincnégyezer-hatszázhét USD és járulékai erejéig jelzálogjogot bejegyezni szíveskedjék.

1. The Contracting Parties ask together the Government Office for Budapest Capital Government District XIV. Property Register Department to enroll the mortgage on the real estate registerted under 32626 lot number, and on the real estate registered under 32620 lot number for the Mortgagee to the 5.634.607,- USD, that is Fivemillion-sixhundredthirtyfourthousand-sixhundredseven american dollars and its incidental expenses loan amount into the land register.

2. A megfelelő joggyakorlás, a vonatkozó kötelezettségek teljesítése, továbbá az együttműködésük céljának elérése, valamint a jelen szerződésben lefektetett ügylet teljesítése és megvalósulása érdekében, a Szerződő feleknek jóhiszemű és méltányos magatartást kell tanúsítaniuk; és kötelesek együttműködni egymással, tartózkodni bármely a jelen szerződésben vagy jogszabályokban meghatározott jogok megtévesztésétől; kötelesek továbbá tájékoztatni egymást a szokásos módon bármikor, amikor szükséges vagy megkívánt, tekintettel arra, hogy bármelyik Szerződő fél jogainak gyakorlásához vagy kötelezettségeinek teljesítéséhez szükséges, vagy a jelen szerződésben lefektetett célok megvalósításához, vagy ügylet teljesítéséhez és megvalósulásához szükséges. A Szerződő felek kifejezetten vállalják, hogy a jelen szerződés teljesítéséhez szükséges jogi aktusokat és nyilatkozatokat megtesznek, és minden ezzel kapcsolatos dokumentumot aláírnak. Az együttműködési vagy közlési kötelezettség megszegéséért felelős fél minden ebből eredő kárért felel.

2. In the course of exercising their respective rights, fulfilling their respective obligations and achieving the aims of their cooperation and also in consuming, realizing the transactions set out herein, the Contracting Parties shall act in the manner required by good faith and fairness, and they shall be obliged to cooperate with one

**DRUKKER JURI**
Jelzálogjogosult/Mortgagee

**BDVH KFT.**
Jelzálogkötelezett/Mortgagor
képviseletében eljár/represented by:
**Nedbál Oszkár**
ügyvezető/managing director

Ellenjegyzem/Countersigned by:
**dr. Nagy Dániel**
ügyvéd/attorney at law
Budapest, 2016. december 11./Budapest, 11th of December, 2016

DR. NAGY DÁNIEL
ÜGYVÉDI IRODA
1132 Budapest, Váci út 28. félemelet 2.
Tel./Fax: +36 1 373 0520
E-mail: titkarsag@drnagydaniel.eu

3

another, refrain from any abuse of rights stipulated herein, or by the law, and shall inform each other on a regular basis and whenever it is necessary or required with regard to any matter, which may be necessary for the fulfilment of the obligations or exercise of rights of any of the parties or for the achievement of the aims set out herein or for consuming, realizing the transactions set out herein. The Contracting Parties hereby specifically undertake to sign any and all documents and make any and all legal acts, statements needed for the fulfilment of the terms of this contract. The Contracting Party liable for breaching the conditions of cooperating or informing duties is responsible for any damages risen from that.

3. A Szerződő felek megállapodnak abban, hogy a jelen szerződéssel összefüggésben a jelen szerződés alapján megszerzett valamennyi információt, illetve a többi szerződő fél tevékenységével, működésével tudomásukra jutó minden információt üzleti titokként kezelnek, és azt megőrzik a szerződés hatályának fennállása alatt, illetve annak megszűnését követően is. A titoktartási kötelezettséget megszegő fél a többi félnek az ebből eredő minden káráért korlátlanul köteles helytállni.

3. The Contracting Parties declare that any information connected with this Contract they receive and any other known information of the activity and the operation of the other Conracting Parties will be handled secretly and kept in business secret until and also after the effect of this Contract. The Contracting Party liable for breaching the conditions of the secrecy duties is responsible for any damages risen from that unrestrictedly.

4. A Szerződő felek megállapodnak abban, hogy a jelen szerződéssel kapcsolatban az írásbeliség kötelező alkalmazását azzal kötik ki, hogy írásbeli közlésnek tekintik a regisztrált postai küldeményt, a telefax, illetve elektronikus levél útján történő közlést is. A Szerződő felek megállapodnak ugyanakkor abban is, hogy kétség vagy vita esetén azonban a közlés megtörténtét, a küldeménynek a címzett részére történő megküldését annak kell bizonyítania, aki a közlés megtörténtére, illetve a küldeménynek a címzett részére történt megküldésére hivatkozik.

4. The Conracting Parties declare that connecting with this Contract commiting to writing is binding in regard to the Parties consider written conveyance the disclosure by any registered postal consignment, telefax and electronical mails also. The Conracting Parties also declare that in any case of any dispute the fact of the conveyance and sending consignment to the adressee shall be proved by the Contracting Party who adduced that fact.

5. A Szerződő felek kijelentik, hogy a Jelzálogkötelezett magyarországi székhellyel rendelkező gazdasági társaság, Jelzálogjogosult nagykorú, cselekvőképes amerikai állampolgár, így szerződéskötési, elidegenítési és szerzési képességük korlátozva nincs.

5. The Contracting Parties declare that the Mortgagor is a Hungarian company with Hungarian residence, the Mortgagee is a full-age capable american citizen, therefore the Contracting Parties' contractual ability are not bounded, they are able to alienate and acquire the ownership of a real estate.

6. A Szerződő felek rögzítik, hogy a jelen szerződésre vonatkozó adó- és illetékjogszabályokat ismerik, erre vonatkozóan külön tájékoztatást nem kérnek, illetve a jelen szerződéssel kapcsolatos jogi tájékoztatást megkapták, azt tudomásul vették és jelen szerződést egyúttal ügyvédi tényállás-megbízásként is elfogadják.

**DRUKKER JURI**
Jelzálogjogosult/Mortgagee

**BDVH KFT.**
Jelzálogkötelezett/Mortgagor
képviseletében eljár/represented by:
Nedbál Oszkár
ügyvezető/managing director

Ellenjegyzem/Countersigned by:
**dr. Nagy Dániel**
ügyvéd/attorney at law
Budapest, **2016. december 11.**/Budapest, 11th of December, 2016

DR. NAGY DÁNIEL
ÜGYVÉDI IRODA
1132 Budapest, Visegrádi 73. fölemelet 2.
Tel./Fax: +36 1 783 0630
E-mail: [illegible]@nagydaniel.eu

4

6. The Conracting Parties declare that the tax law and fee law directions connected with this Contract are known by them, the Parties do not want any more information about it. The Conracting Parties declare that all legal information was given to them connecting with this Contract, the Parties understand it and the Parties accept the present Contract as an attorney fact commision.

7. A Szerződő felek meghatalmazzák a dr. Nagy Dániel Ügyvédi Irodát (H-1132 Budapest, Váci út 28. fe. 2., képviseli: dr. Nagy Dániel ügyvéd), hogy a jelen szerződéssel összefüggő ingatlan-nyilvántartási eljárás során képviseletüket ellássa.

7. The Contracting Parties authorize Dr. Daniel Nagy Law Firm (Hungary, 1132 Budapest, 28. mezzanine floor 2. Váci road, represented by: Dr. Daniel Nagy attorney at law) to represent them in the process of the land register according to present contract.

## V. ZÁRÓ RENDELKEZÉSEK
### V. FINAL PROVISIONS

1. A jelen szerződésben nem szabályozott kérdésekben a Polgári Törvénykönyv és más hatályos jogszabályok rendelkezései a megfelelően irányadóak.

1. To any and all issued not regulated in this Contract the Hungarian law and the Civil Code of the Hungary and other relevant legal provisions shall be applicable.

2. A Szerződő felek megállapodnak abban, hogy jelen szerződés értelmezésénél a magyar nyelvű változat az irányadó.

2. The Contracting Parties declare that in case of any dispute regarding the interpretation of the present contract, the Hungarian version shall be prevailing.

Ezután a Szerződő felek jelen Jelzálogjogot alapító szerződést elolvasták, annak tartalmát, rendelkezéseit, jogkövetkezményeit közösen értelmezték, megértették és annak minden oldalát, mint akaratukkal mindenben megegyezőt, jóváhagyólag aláírták.

After all the Contracting Parties sign each page of this present Mortgage Contract after reading, interpreting and understanding of the matter, directions and legal consequences of this Mortgage Contract together as one that fully corresponds to their will.

Kelt Budapesten, 2016. december 11. napján/on the 11th of December, 2016, Budapest

**DRUKKER JURI**
Jelzálogjogosult/Mortgagee

**BDVH KFT.**
Jelzálogkötelezett/Mortgagor
képviseletében eljár/represented by:
**Nedbál Oszkár**
ügyvezető/managing director

Ellenjegyzem/Countersigned by:
**dr. Nagy Dániel**
ügyvéd/attorney at law
Budapest, 2016. december 11./Budapest, 11th of December, 2016

DR. NAGY DÁNIEL
ÜGYVÉDI IRODA
1132 Budapest, Váci út 28. félemelet 2.
Tel./Fax: +36 1 373 0830
E-mail: info@nagydaniel.eu

5





**2017032100432001001E5033**

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

## RECORDING AND ENDORSEMENT COVER PAGE

**PAGE 1 OF 5**

| Document ID: **2017032100432001** | Document Date: 03-13-2017 | Preparation Date: 03-22-2017 |
|---|---|---|

Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| BERESS & ZALKIND PLLC<br>2908 EMMONS AVENUE<br>BROOKLYN, NY 11235<br>212-390-0325<br>INFO@BZLAWGROUP.COM | BERESS & ZALKIND PLLC<br>2908 EMMONS AVENUE<br>BROOKLYN, NY 11235<br>212-390-0325<br>INFO@BZLAWGROUP.COM |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1515 | 1374 | Entire Lot | R12E | 120 E 87TH STREET |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1515 | 1137 | Entire Lot | ST-34 | 120 EAST 87TH  STREET |

**Property Type:** STORAGE ROOM

☒ Additional  Properties on Continuation  Page

### CROSS REFERENCE DATA

CRFN_____  or   DocumentID_____  or   _____Year_____  Reel_____  Page_____  or   File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| DRUKKER N.Y. PROPERTIES LLC<br>120 E 87TH STREET, # R12E, R12E<br>NEW YORK, NY 10128 | YURI DRUKKER<br>120 E 87TH STREET, # R12E<br>NEW YORK, NY 10128 |

☒ Additional  Parties Listed on Continuation  Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 58.00 | | | |
| Affidavit Fee: | S | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        03-23-2017 11:32
City Register File No.(CRFN):
**2017000113585**

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2017032100432001001C52B3

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | | **PAGE 2 OF 5** |
|---|---|---|
| **Document ID: 2017032100432001** | Document Date: 03-13-2017 | Preparation Date: 03-22-2017 |
| Document Type: DEED | | |

**PROPERTY DATA**

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1515 | 1200 Entire Lot | ST-97 | 120 EAST 87TH STREET |

**Property Type:** STORAGE ROOM

**PARTIES**

**GRANTEE/BUYER:**
MARINA DRUKKER
120 E 87TH STREET, # R12E
NEW YORK, NY 10128

**Quitclaim Deed - Individual**

***THIS INDENTURE***, made the 13ᵗʰ day of *MARCH*, 2017, between

DRUKKER N.Y PROPERTIES, LLC, having an address at 120 E 87ᵗʰ Street, # R12E, New York, NY 10128, party of the first part, and

MARINA DRUKKER and YURI DRUKKER, husband and wife, residing at 120 E 87ᵗʰ Street, # R12E, New York, NY 10128, party of the second part,

**WITNESSETH**, that the parties of the first part, in consideration of Ten Dollars and other valuable consideration paid by the parties of the second part, do hereby remise, release and quitclaim unto the parties of the second part, the heirs or successors and assigns of the party of the second part forever,

SEE SCHEDULE "A" ATTACHED HERETO AND MADE PART OF

BEING THE SAME PREMISES AS CONVEYED BY DEED DATED 08/16/2012.

**PREMISES** also known as 120 E 87ᵗʰ Street, # R12E, New York, NY 10128, along with **STORAGE ROOM** known as Unit ST-34 and **STORAGE ROOM** known as Unit ST-97

**TOGETHER** with all right, title and interest, if any, of the party of the first part, in and to any streets and roads abutting the above-described premises to the center lines thereof;

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises;

**TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

*IN PRESENCE OF:*

_____
MARINA DRUKKER, Member

_____
YURI DRUKKER, Member

# Schedule A

*Legal Description*

The Condominium Unit (hereinafter referred to as the "Unit") in the building (hereinafter referred to as the "Building") known a s The Park Avenue Court Condominium and by the Street Number 120 East 87th Street, County of New York, State of New York, said Unit being designated and described as Unit No. R-12E, ST-34 and ST-97 in a Declaration dated 4/26/1991 made by 8ZS 86 Associates, LP, pursuant to Article 9-B of the Real Property Law of the State of New York (hereinafter referred to as the "Condominium Act"); establishing a plan for condominium ownership of the Building and the land (hereinafter referred to as the "Land") upon which the Building is situate (which Land is more particularly described below), which Declaration was recorded in the New York County Office of the Register of the City of New York on 7/30/1991 in Reel 1800 Page 1540, and has been amended and by this reference made a part hereof (which Declaration and Amendments thereto are hereinafter collectively referred to as the "Declaration"). This Unit is also designated as Tax Lots 1374, 1137 and 1200 in Block 1515 of the County of New York on the Tax Map of the Real Property Assessment Department of the City of New York and on the Floor Plans of the Building, certified by Donald C. Smith, Architects, on 1/23/1991 as Condominium Plan No. 782 and also filed in the Register's Office on 7/30/1991 as Condominium Map No. 5090.

TOGETHER with an undivided 0.6588% (Unit R-12E), 0.0038% (Unit ST-34) and 0.0038% (Unit ST-97) interest in the General Common Elements (as such term is defined in the Declaration).

THE LAND UPON WHICH THE BUILDING IS SITUATE IS DESCRIBED AS FOLLOWS:

All that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the westerly side of Lexington Avenue with the northerly side of 86th Street;

RUNNING THENCE westerly along the northerly side of 86th Street, 120 feet 6 inches;

THENCE northerly parallel with the said westerly side of Lexington Avenue, 100 feet 9 inches;

THENCE westerly parallel with the northerly side of 86th Street, 48 feet 10-2/3 inches;

THENCE southerly parallel with the easterly side of Park Avenue, 1/2 of an inch;

THENCE westerly parallel with the southerly side of 87th Street, 58 feet 2-2/3 inches;

THENCE northerly parallel with the easterly side of Park Avenue, 100 feet 8-1/2 inches to a point on the southerly side of 87th Street, which point is distant 177 feet 4-2/3 inches easterly from the corner formed by the intersection of the southerly side of 87th Street and the easterly side of Park Avenue;

THENCE easterly along the southerly side of 87th Street, 227 feet 7-1/3 inches to the westerly side of Lexington Avenue;

THENCE southerly along the westerly side of Lexington Avenue, 201 feet 5 inches to the aforesaid northwesterly corner of 86th Street and Lexington Avenue at the point or place of BEGINNING.

Being the same premises as conveyed in CRFN# 2005000101913

FOR INFORMATION ONLY:
Said Premises being known as 120 East 87th Street, Unit R-12E, ST-34 and ST-97 New York, NY 10128 Manhattan NY and Section:  Block: 1515 Lot: 1374, 1137 and 1200

TO BE USED ONLY WHEN THE ACKNOWLEDGMENT IS MADE IN NEW YORK STATE

STATE OF NEW YORK )
) ss.:
COUNTY OF KINGS )

On the 13th day of March in the year 2017 before me, the undersigned, personally appeared MARINA DRUKKER personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

VIKTORIA A. BERESS
Notary Public, State of New York
No. 02BE6112911
Qualified in Richmond County
My Commission Expires July 12, 2020

STATE OF NEW YORK )
) ss.:
COUNTY OF KINGS )

On the 13th day of March in the year 2017 before me, the undersigned, personally appeared YURI DRUKKER personally know to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

VIKTORIA A. BERESS
Notary Public, State of New York
No. 02BE6112911
Qualified in Richmond County
My Commission Expires July 12, 2020

Return by mail to:
Viktoria Beress, Esq.
2908 Emmons Avenue
Brooklyn, NY 11235

SECTION:

BLOCK: 1515

LOT: 1374, 1137, 1200

COUNTY OR TOWN: New York

"c1"

**BVDH Ingatlanhasznosító Kft.**
BVDH Real Estate Utilization Ltd.

**Nedbál Oszkár ügyvezető részére**
to: Oszkár Nedbál managing director

**1143 Budapest, Stefánia út  77.**

**Tisztelt Ügyvezető!**
Honoured Managing Director!

**Alulírott SHRAIBERG (ITBAEV) EVGENY (AKI 1976. JANUÁR 25. NAPJÁN, SZOVJETUNIÓBAN SZÜLETETT, IZRAEL ÁLLAMPOLGÁR, ÚTLEVÉLSZÁMA: 29425846) Izrael, Azsgod, Ganjavnye 13 szám alatti lakos ezúton**
Undersigned SHRAIBERG (ITBAEV) EVGENY (DATE AND PLACE OF BIRTH: 5TH JANUARY 1976, IN SOVIET UNION (USSR), NATIONALITY: ISRAELI, PASSPORT NUMBER: 29425846) who lives in Izrael, Azsgod, Ganjavnye 13 in hereby

*bejelentem*
report

**hogy a 2017. május 15. napján kelt üzletrész adásvételi szerződés útján a Stubrick Limited tagtól megszereztem a BVDH INGATLANHASZNOSÍTÓ KORLÁTOLT FELELŐSSÉGŰ TÁRSASÁGBAN (székhely: 1143 Budapest, Stefánia út 77., cégjegyzékszáma: 01-09-681183) fennálló 60.831,- USD névértékű üzletrészt, amely a Társaság törzstőkéjének 70 százalékát teszi ki.**
that by Share Sales Contract dated 15th May 2017 concluded by Stubrick Limited member have acquired the 60.831,- USD total nominal valued business share – equivalent the 70 % extent rated of registered capital - on BVDH Real Estate Utilization Limited Liability Company (registered office: 1143 Budapest, 77. Stefánia road, Hungary, company reg. no.: 01-09-681183).

**Ezúton kérem a T. Ügyvezető Urat, hogy a bekövetkezett változást - a jelen bejelentéshez mellékelt üzletrész-átruházásról szóló okirat alapján - a tagjegyzéken és a Cégbíróság előtt átvezetni szíveskedjen.**
I hereby ask the Honoured Managing Director to enter the change in the ownership of the business share into the list of members and the Registration Court.

**Kijelentem továbbá, hogy a BVDH Ingatlanhasznosító Kft. létesítő okiratának rendelkezéseit megismerte és azt magára nézve kötelezőnek ismeri el.**
I also declare the acknowledgement of provisions of establishing document of BVDH Real Estate Utilization Ltd. and thus, accept it as binding.

**Kelt/Date: 2017. május 15/15th May 2017**

**SHRAIBERG (ITBAEV) EVGENY**
Tag/ member

**Előttünk, mint tanúk előtt/Before us, as witnesses:**

Aláírás/Signature: di US Amorg      Aláírás/Signature:
Név/Name: OR ILLÉ ANNAMÁRIA      Név/Name: NAGY-SARKADI ANDREA
Lakcím/Address: 2009 PILISSZENTLÁSZLÓ      Lakcím/Address: 1108 Bp., Tóvirág u. 12.
RÓZSAHEGY U. 13



**BVDH Ingatlanhasznosító Kft.**
BVDH Real Estate Utilization Ltd.

**Nedbál Oszkár ügyvezető részére**
to: Oszkár Nedbál managing director

**1143 Budapest, Stefánia út 77.**

### Tisztelt Ügyvezető!
Honoured Managing Director!

**Alulírott COJOCARU ION (AKI 1976. OKTÓBER 14. NAPJÁN, MOLDOVAI KÖZTÁRSASÁGBAN SZÜLETETT, MOLDÁV ÁLLAMPOLGÁR, ÚTLEVÉLSZÁMA: B1788396) KISIMOV M DRAGAN 38/2. 76. SZÁM ALATTI LAKOS) ezúton**
Undersigned COJOCARU ION (DATE AND PLACE OF BIRTH: 14TH OCTOBER 1976, IN MOLDOVA REPUBLIC), NATIONALITY: MOLDVIAN, PASSPORT NUMBER: B1788396)WHO LIVES IN KISIMOV M DRAGAN 38/2. 76.) hereby ·

#### *bejelentem*
report

**hogy a 2017. május 15. napján kelt üzletrész adásvételi szerződés útján Stubrick Limited  tagtól megszereztem a BVDH INGATLANHASZNOSÍTÓ KORLÁTOLT FELELŐSSÉGŰ TÁRSASÁGBAN (székhely: 1143 Budapest, Stefánia út 77., cégjegyzékszáma: 01-09-681183) fennálló 26.070,- USD névértékű üzletrészt, amely a Társaság törzstőkéjének 30 százalékát teszi ki.**
that by Share Sales Contract dated 15th May 2017 concluded by Stubrick Limited member have acquired the 26.070,- USD total nominal valued business share – equivalent the 30 % extent rated of registered capital - on BVDH Real Estate Utilization Ltd. (registered office: 1143 Budapest, 77. Stefánia road, Hungary, company reg. no.: 01-09-681183).

**Ezúton kérem a T. Ügyvezető Urat, hogy a bekövetkezett változást - a jelen bejelentéshez mellékelt üzletrész-átruházásról szóló okirat alapján - a tagjegyzéken és Cégbíróság előtt átvezetni szíveskedjen.**
I hereby ask the Honoured Managing Director to enter the change in the ownership of the business share into the list of members and the Court of Registration.

**Kijelentem továbbá, hogy a BVDH Ingatlanhasznosító Kft. létesítő okiratának rendelkezéseit megismertem és azt magamra nézve kötelezőnek ismerem el.**
I also declare the acknowledgement of provisions of establishing document of BVDH Real Estate Utilization Ltd. and thus, accept it as binding.

**Kelt/Date: 2017. május 15./ 15th May 2017**

COJOCARU ION
Tag/ member

**Előttünk, mint tanúk előtt/Before us, as witnesses:**

Aláírás/Signature: _____   Aláírás/Signature: _____
Név/Name: _____   Név/Name: NAGY-SARKADI ANDREA
Lakcím/Address: 2009 PILISVÖRÖSVÁR   Lakcím/Address: 1108 Bp., Tővirág u. 12.
RÓZSAUTCA u. 17.

"c2"



# Dekel investigations

*Date: 31.01.2018*

*Attn: Arie Weber*

*To whom it may concern,*

## Subject: Schreiberg Evegeny

We were asked to investigate for details about the subject and acted accordingly.

- Investigation to trace his ID / Passport No. (both Israeli and Foreign)
- Investigation to trace his local home address.
- Investigation to trace connections to any local Israeli companies
- Investigation to trace arrival & departure date to and from Israel during 2016-2017
- Investigation about the address that the subject lived in Israel when he visited here.

All the above investigations were done by our investigator, Liran Meiri

Our findings are detailed below:

We were given few preliminary facts about the subject *Schreiberg Evegeny,*

- Passport No. *29425846*, born *May 5, 1976*
- Residence address *13 Gan Yavne St. Ashdod, Israel*

Our investigation concludes that there is no person with this Passport No. in Israel.

There is no street named *"Gan Yavne"* in *Ashdod* (in fact *"Gan Yavne"* is the name of a different municipal authority in Israel).

The passport no. we received (*29425846*) was supposedly a Moldavian passport and is not registered as a valid foreign Passport No. on the Israel Foreign Affairs ministry records nor it is Israeli passport or ID number.

We managed to trace a person by this name with D.O.B *January 25, 1976*

that holds a Russian passport no. *718624510.*

As per your demand, we further investigated about this person.

Our investigation indicates that this person has no Israeli ID or Passport and has no valid home address in Israel.

He did, however, visit Israel during 2016-2017 during the following periods:



# Dekel investigations

- March *13, 2016* to *April 1, 2016* (2 weeks period)
- *November 6, 2016* to *November 21, 2016 (*2 weeks period)
- *August 1, 2017* to *August 9, 2017* (8 days)

Arrival and departure were done using his Russian passport

Last visit's known address used was *13 Ha'Admonit St. Gan Yavne* (*Apt. 2*)

Our investigation concludes that the subject stayed at a rented residential unit, during his last visit to Israel (*August 2017*).

Our investigation concludes that the owners of this residential unit are Peter and Olga Friedman, that lives there.

Peter works as a handyman and Olga works as a nurse for senior population.

The couple rents their small residential unit and we traced a current Online ad offering this unit for rent.

The subject and the Friedman couple are not related.

During an undercover investigation that we did to Peter, he did not remember the subject firstly but later mentioned that the subject was acquaintance with a distant relative of Peter that introduced him to Peter.

The relative lives abroad and was familiar with the subject.

The subject rented the unit for a week and left abroad to a destination Peter could not specify.

Peter could not specify the relative's name or contact details nor contact details of the subject himself.

We didn't find any relations between the subject and Israeli companies or business as owner or director, using his Hebrew / English name and passport no.

Should you need any further information or service, please contact us again.

Singerely,

Dekel investigations



Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Bizonyító erővel nem rendelkezik

Budapest Főváros Kormányhivatala XIV. Kerületi Hivatala

Budapest, XIV., Bosnyák tér 5. 1590 Budapest, Pf. 101

Oldal:        1/1

**Nem hiteles tulajdoni lap - Szemle másolat**

Megrendelés szám: 8000004/227620/2019

2019.07.04

Szektor :   53

BUDAPEST XIV.KER.

Belterület     32620 helyrajzi szám

1143 BUDAPEST XIV.KER.  Ilka utca 28.

Széljegy: 76787/ 2019.04.16
   Tulajdonjog bejegyzés iránti kérelem, KÍNAI NÉPKÖZTÁRSASÁG KULTURÁLIS ÉS TURISZTIKAI
   MINISZTÉRIUM 100020 BEIJING DONGCHENG Qu  Chaoyangmen Beidajie 10.
                              I.R É S Z

1. Az ingatlan adatai:
   alrészlet adatok                          terület  kat.t.jöv. alosztály adatok
   művelési ág/kivett megnevezés/       min.o  ha m2   k.fill     ter.  kat.jöv
                                                                  ha m2  k.fill
----------------------------------------------------------------------------------

. Kivett gazdasági épület, udvar          0      2063    0.00
                              II.R É S Z

5. tulajdoni hányad: 1/1
   bejegyző határozat, érkezési idő: 370225/1/2003/01.12.20
   jogcím: adásvétel
   jogállás: tulajdonos
   név: BVDH INGATLANHASZNOSÍTÓ KFT
   cím: 1051 BUDAPEST V.KER Szende Pál utca 1. II.em.1.

                              III.R É S Z
10. bejegyző határozat, érkezési idő: 34403/2/2013/13.01.14
    Vezetékjog
    40 m2 területre, a VMB-42/2012 számú engedély alapján.
    jogosult:
       név: ELMŰ HÁLÓZATI  KFT.
       cím  : 1132 BUDAPEST XIII.KER. Váci út 72-74.
                        TULAJDONI LAP VÉGE

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap

Budapest Főváros Kormányhivatala XIV. Kerületi Hivatala
Budapest, XIV., Bosnyák tér S. 1590 Budapest, Pf. 101                              Oldal:        1/1

**Nem hiteles tulajdoni lap - Szemle másolat**

Megrendelés szám: 8000004/227623/2019

2019.07.04

Szektor :    33

BUDAPEST XIV.KER.
Belterület      32626 helyrajzi szám

   1143 BUDAPEST XIV.KER.  Stefánia út 77.

Széljegy: 76787/ 2019.04.16
Tulajdonjog bejegyzés iránti kérelem, KÍNAI NÉPKÖZTÁRSASÁG KULTURÁLIS ÉS TURISZTIKAI
   MINISZTÉRIUM 100020 BEIJING DONGCHENG Qu  Chaoyangmen Beidajie 10.

                                       I.RÉSZ
1. Az ingatlan adatai:
   alrészlet adatok                              terület  kat.t.jöv. alosztály adatok
   művelési ág/kivett megnevezés/      min.o    ha m2    k.fill     ter. kat.jöv
                                                                    ha m2  k.fill
----------------------------------------------------------------------------------------
- Kivett irodaház, lakás és gazdasági épület, udvar
                                                  0      2856    0.00
                                       II.RÉSZ
5. tulajdoni hányad: 69/75
   bejegyző határozat, érkezési idő: 38291/1/2002/02.01.10
   jogcím: társasház megszüntetése
   jogállás: tulajdonos
   név: BVDH INGATLANHASZNOSÍTÓ KFT.
   cím: 1053 BUDAPEST V.KER. Szende P. utca 1.II.1.

11. tulajdoni hányad: 6/75
   bejegyző határozat, érkezési idő: 113542/1/2019/19.08.19
   jogcím: vétel 89482/1/2009/09.12.21
   utalás: II /10.
   jogállás: tulajdonos
   név: BVDH INGATLANHASZNOSÍTÓ KFT.
   cím: 1143 BUDAPEST XIV.KER. Stefánia út 77.
                                       III.RÉSZ
7. bejegyző határozat, érkezési idő: 71015/2/2010/10.10.18
   Vezetékjog
   33 m2 területre, VMB-146/2010.
   jogosult:
     név: ELMŰ HÁLÓZATI  KFT.
     cím   : 1132 BUDAPEST Váci út 72-74.

9. bejegyző határozat, érkezési idő: 34403/2/2013/13.01.14
   Vezetékjog
   45 m2 területre, a VMB-42/2012 számú engedély alapján.
   jogosult:
     név: ELMŰ HÁLÓZATI  KFT.
     cím   : 1132 BUDAPEST XIII.KER. Váci út 72-74.

10.  bejegyző határozat, érkezési idő: 60844/4/2014/14.03.27

   Helyi építészeti örökségvédelem a 37/2013. (V. 10.) Fővárosi Közgyűlési rendelet alapján.

                          TULAJDONI LAP VÉGE

Nem hiteles tulajdoni lap

Nem hiteles tulajdoni lap