

# CALLAGY LAW, P.C.

**Mack-Cali Centre II • 650 From Road • Suite 565 • Paramus, NJ • 07652**
*Phone: 201-261-1700 • Fax: 201-261-1775*
*www.CallagyLaw.com • info@CallagyLaw.com*

---

**New York Office:**
WeWork c/o
Callagy Law, PC
750 Lexington Ave.
New York, NY 10022
Phone: 929.436.000

**Jersey City Office:**
3000 John F. Kennedy Blvd
Suite 311
Jersey City, NJ 07306
Phone: 201.565.2344
Fax: 201.918.2039

**Arizona Office:**
1850 North Central Ave
Suite 1100
Phoenix, AZ 85004
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

**Texas Office:**
807 South Rock St
Suite 101
Georgetown, TX 78626
Phone: 512.508.4693

**Partners**
**Sean R. Callagy**
Michael J. Smikun
Thomas LaGreca
Brian P. McCann
Christopher Cavalli
Hala Jaloudi
Jeffrey L. Greyber
Ivan J. Tarasuk
David L. Aromondo
Jeffrey Zane

*Our team of attorneys is licensed to practice in one or more of the following states:*

NJ, NY, AZ, TX, FL, PA, NH, GA, DC

October 10, 2019

**VIA CM/ECF**
Hon. Deborah A. Batts
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 24
New York, NY 10007

    Re:    *Mazlin Trading Corp., et al. v. WJ Holding LTD, et al.*
             Docket No. 19-cv-7652

Dear Judge Batts,

This firm, and more specifically the undersigned, represents Plaintiffs in the above-captioned matter. Pursuant to your Honor's individual rules, please accept this letter requesting an adjournment of the October 16, 2019 hearing.

Good cause exists to adjourn the upcoming October 16, 2019 hearing. First, Defense counsel will be out of the country until October 23, 2019. Moreover, there are several upcoming Jewish holidays which the Parties will be observing. Additionally, Plaintiff's counsel may have a scheduling conflict in an unrelated matter in New Jersey. Therefore, we have found October 25, 2019 to be the best date for both parties if the Court is available. This is the parties' first request for an adjournment.

Thank you for Your Honor's courtesies and attention to this matter.

Respectfully Submitted,


  _/s/ Michael J. Smikun, Esq._
Michael J. Smikun, Esq.