Case 1:19-cv-07652   Document 2-1   Filed 08/15/19   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MAZLIN TRADING CORP. & SHIREEN MARITIME
LTD,

                              Petitioners,

                                                                       **ORDER TO SHOW CAUSE**

        -against-                                                Civil Action No. 19-cv-7652

WJ HOLDING LTD & STRUBRIK LIMITED,

                              Respondents.
-----------------------------------------------------------------X

       Upon the enclosed (1) Declaration of Michael J. Smikun, (2) the Verified Petition to Confirm Arbitration Award, and (3) the attached Memorandum of Law, it is hereby:

       ORDERED that the above-named Respondents show cause before a motion term of this Court, at Room **24B**, United States Courthouse, 500 Pearl Street, in the City, County, and State of New York, **11** **21**, **2019**, at **2** o'clock in the **after**noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Respondents during the pendency of this as follows:

       a.     directing that the proceeds and monies from any successful resolution, whether by way of settlement, award or judgment, of Respondents' action styled *WJ Holding Limited v. Transdniestrian Moldovian Republic et al*, in the United States District Court for the Southern District of New York, Case No.: 19-cv-06260, shall be deposited with a mutually agreeable independent escrow agent or the proceeds and monies shall be interpleaded with this Court pursuant to 28 U.S.C. § 1335 if no agreement can be reached as to an independent escrow agent;



1

b.  prohibiting Respondents from taking any action to transfer, sell, alienate, encumber, hypothecate, or in any other way disperse or dispense of any assets belonging to the Respondents without an order of this Court or written agreement of all parties in this matter; and,

c.  directing that upon any sale of said assets, Respondents must deposit the proceeds and monies therefrom in full with an independent escrow agent, which proceeds and monies shall not be disbursed without an order of this Court or written agreement of all parties in this matter, or the proceeds and monies shall be interpleaded with this Court pursuant to 28 U.S.C. § 1335 if no agreement can be reached as to an independent escrow agent; and

d.  directing that, within three (3) ~~days of the entry of this Order~~ by 10/25/19, Respondents shall furnish to Petitioners a list of all assets belonging to Respondents that shall be made subject to this Order.

*granted DAB 10/16/19*

*granted DAB 10/16/19*

ORDERED that, sufficient reason having been shown therefor, pending the hearing of the Petitioners' application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Respondents are enjoined from taking any action as described herein; and it is further

*granted 10/16/19*

ORDERED that personal service of a copy of this order and annexed declarations upon the Respondents of their counsel on or before **10** o'clock in the ~~fore~~noon, **10** **25**, **19**, shall be deemed good and sufficient service thereof.

*granted 10/16/19*

DATED: ~~August~~ **October 16**, 2019

New York, New York

ISSUED: **11:42 AM**

*Deborah A. Batts*
United States District Judge