# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MAZLIN TRADING CORP and SHIREEN MARITIME LIMITED

(List the full name(s) of the plaintiff(s)/petitioner(s).)

19 CV 7652 ( DAB )( )

-against-

**NOTICE OF APPEAL**

WJ HOLDING LIMITED, STUBRIK LIMITED, and YURI DRUKKER

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: WJ HOLDING LIMITED, STUBRIK LIMITED, and YURI DRUKKER

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☐ judgment ☒ order entered on: October 16, 2019

(date that judgment or order was entered on docket)

that: Granted a Temporary Restraining Order against Respondents: (1) freezing their assets and (2) imposing an affirmative obligation on them to produce a list of their assets by 10/25/19

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| 10/16/19 | /s/Alexandra G. Elenowitz-Hess |
| Dated | Signature* |

Elenowitz-Hess, Alexandra, G

Name (Last, First, MI)

Sher Tremonte LLP, 90 Broad St., NY, NY 10004

Address | City | State | Zip Code

212-202-2600 | ahess@shertremonte.com

Telephone Number | E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13