

# CALLAGY LAW, P.C.

Mack-Cali Centre II • 650 From Road • Suite 565 • Paramus, NJ • 07652
Phone: 201-261-1700 • Fax: 201-261-1775
www.CallagyLaw.com • info@CallagyLaw.com

**New York Office:**
WeWork c/o
Callagy Law, PC
750 Lexington Ave.
New York, NY 10022
Phone: 929.436.000

**Jersey City Office:**
3000 John F. Kennedy Blvd
Suite 311
Jersey City, NJ 07306
Phone: 201.565.2344
Fax: 201.918.2039

**Arizona Office:**
1850 North Central Ave
Suite 1100
Phoenix, AZ 85004
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

**Texas Office:**
807 South Rock St
Suite 101
Georgetown, TX 78626
Phone: 512.508.4693

**Partners**
Sean R. Callagy
Michael J. Smikun
Thomas LaGreca
Brian P. McCann
Christopher Cavalli
Hala Jaloudi
Jeffrey L. Greyber
Ivan J. Tarasuk
David L. Aromondo
Jeffrey Zane

*Our team of attorneys is licensed to practice in one or more of the following states:*

NJ, NY, AZ, TX, FL, PA, NH, GA, DC

November 6, 2019

**VIA CM/ECF**
Hon. Deborah A. Batts
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 24
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/19
```

Re:  *Mazlin Trading Corp., et al. v. WJ Holding LTD, et al.*
     Docket No. 19-cv-7652

Dear Judge Batts,

This firm, and more specifically the undersigned, represents Plaintiffs in the above-captioned matter.

On October 30, 2019 Defendants filed a Motion for Reconsideration regarding the expedited discovery ordered on October 16, 2019. Plaintiffs' response is due today. Upon discussion with Defense counsel, the parties have reached an agreement in principle to resolve the motion for reconsideration. Additionally, the parties respectfully request two days to submit a joint stipulation outlining the agreement for the Court's approval.  ] granted DAB 11/6/19

Thank you for Your Honor's courtesies and attention to this matter.

Respectfully Submitted,

/s/ Michael J. Smikun, Esq.
Michael J. Smikun, Esq.

MJS/jc

Cc: All Counsel of Record (Via ECF

SO ORDERED.

*Deborah A. Batts*
Deborah A. Batts
United States District Judge

11/06/19