UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAZLIN TRADING CORP. and SHIREEN MARITIME LTD,<br><br>                Petitioners,<br><br>     v.<br><br>WJ HOLDING LTD, STUBRICK LIMITED, and YURI DRUKKER,<br><br>                Respondents. | Case No. 19-CV-7652 (DAB)<br><br>**STIPULATION ON EXPEDITED DISCOVERY, TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND TIME TO ANSWER** |

Petitioners Mazlin Trading Corp. and Shireen Maritime LTD (the "Petitioners") and Respondents WJ Holding LTD, Stubrick Limited, and Yuri Drukker (the "Respondents"), by and through their undersigned counsel, state as follows:

**WHEREAS**, on October 16, 2019, the Court ordered expedited discovery in connection with Petitioners' motion for a temporary restraining order ("TRO"), to be completed by November 12 at 4:00 p.m., and scheduled a hearing on November 21, 2019 as to whether a preliminary injunction should be issued;

**WHEREAS**, on October 25, 2019, the Court granted Respondents' letter motion to partially stay the TRO pending Respondents' appeal of part of the TRO;

**WHEREAS**, on October 29, 2019, Respondents filed a memorandum of law in opposition to Petitioners' motion for preliminary injunction;

**WHEREAS**, on October 30, 2019, Respondents filed a motion for reconsideration or clarification of the Court's October 16, 2019 statement permitting expedited discovery;

1

**IT IS HEREBY STIPULATED AND AGREED** by and between the Petitioners and Respondents that:

1. Petitioners hereby withdraw their requests for a TRO, preliminary injunctive relief, and expedited discovery;

2. Respondents hereby withdraw their Motion for Reconsideration and their brief in opposition to Petitioners' motion for a preliminary injunction;

3. Respondents shall withdraw their pending Second Circuit Appeal within seven (7) days of the entry of this Order;

4. Respondents shall file their response to the Verified Petition by November 15, 2019;

5. WJ Holding LTD and Stubrick Limited (the "Entity Respondents") hereby agree not to take any action to transfer, sell, alienate, or encumber any assets belonging to the Entity Respondents without an order of this Court or written agreement of all parties in this matter; and

6. Entity Respondents hereby agree that, within ten (10) days of the entry of this Order, Entity Respondents shall furnish to Petitioners a list of all assets belonging to Entity Respondents that shall be made subject to this Order.

Date:  New York, New York
         November 12, 2019

| | |
|---|---|
| **SHER TREMONTE LLP** | **CALLAGY LAW PC** |
| By: /s/ Yonatan Y. Jacobs | By: /s/ Michael J. Smikun |
| Yonatan Y. Jacobs | Michael J. Smikun |
| 90 Broad Street, 23rd Floor | 650 From Road, Suite 565 |
| New York, New York 10004 | Paramus, New Jersey 07652 |
| Tel: 212.202.2600 | Tel: 201.261.1700 |
| yjacobs@shertremonte.com | msmikun@callagylaw.com |
| *Attorneys for Respondents* | *Attorneys for Petitioners* |

　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Hon. Deborah A. Batts
　　　　　　　　　　　　　　District Judge, United States District Court
　　　　　　　　　　　　　　Southern District of New York