

# CALLAGY LAW, P.C.

Mack-Cali Centre II • 650 From Road • Suite 565 • Paramus, NJ • 07652
Phone: 201-261-1700 • Fax: 201-261-1775
www.CallagyLaw.com • info@CallagyLaw.com

**New York Office:**
WeWork c/o
Callagy Law, PC
750 Lexington Ave.
New York, NY 10022
Phone: 929.436.000

**Jersey City Office:**
3000 John F. Kennedy Blvd
Suite 311
Jersey City, NJ 07306
Phone: 201.565.2344
Fax: 201.918.2039

**Arizona Office:**
1850 North Central Ave
Suite 1100
Phoenix, AZ 85004
Phone: 602.687.5844

**Florida Office:**
1900 NW Corporate Blvd
Suite 310W
Boca Raton, FL 33431
Phone: 561.405.7966
Fax: 201.549.8753

**Texas Office:**
807 South Rock St
Suite 101
Georgetown, TX 78626
Phone: 512.508.4693

**Partners**
Sean R. Callagy
Michael J. Smikun
Thomas LaGreca
Brian P. McCann
Christopher Cavalli
Hala Jaloudi
Jeffrey L. Greyber
Ivan J. Tarasuk
David L. Aromondo
Jeffrey Zane

*Our team of attorneys is licensed to practice in one or more of the following states:*

NJ, NY, AZ, TX, FL, PA, NH, GA, DC

November 20, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/19

**VIA CM/ECF**
Hon. Deborah A. Batts
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom: 24
New York, NY 10007

    Re:    *Mazlin Trading Corp., et al. v. WJ Holding LTD, et al.*
            Docket No. 19-cv-7652

Dear Judge Batts,

      This firm, and more specifically the undersigned, represents Plaintiffs in the above-captioned matter. Pursuant to the Parties' stipulation filed November 12, 2019 – which was So Ordered by Your Honor on November 19, 2019 – the matters to be addressed at the hearing scheduled for November 21, 2019 have been resolved and, thus, the hearing has been rendered moot.

      [The Parties respectfully request that the November 21, 2019 hearing be removed from the calendar and Plaintiffs shall file a notice formally withdrawing the Order to Show Cause due to the Parties' resolution.]   GRANTED.
11/20/19

      Thank you for your kind consideration.

                                  Respectfully Submitted,

                                  /s/ *Michael J. Smikun, Esq.*
                                  Michael J. Smikun, Esq.

MJS/jc

                        SO ORDERED.

*Deborah A. Batts*
Deborah A. Batts
United States District Judge
11/20/2019