**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MAZLIN TRADING CORP. and SHIREEN
MARITIME LTD.,

                Petitioners,                19 **CIVIL** 7652 (LTS)

       -against-                     **JUDGMENT**

WJ HOLDING LTD., STRUBRICK LIMITED,
and YURI DRUKKER,

                Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 26, 2021, Respondents' motion to dismiss the petition for confirmation of the arbitration awards is granted pursuant to Federal Rule of Civil Procedure 12(b)(1), Petitioners' cross-motion to confirm the arbitration awards is denied as moot, and the Court declines to exercise supplemental jurisdiction over Petitioners' remaining state law claims. Respondents' motion to stay discovery pending a decision on the motion to dismiss is hereby denied as moot; accordingly, the case is closed.

**Dated**: New York, New York
        March 29, 2021

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                                 **BY:** _____
                                                    **Deputy Clerk**